## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARVIN YARRELL, A/K/A MARVIN JOHNSON,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 78705

FILED

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Review of the district court docket entries does not indicate that a postconviction petition for a writ of habeas corpus was filed in case number C-14-299225-1, the designated district court case number in the notice of appeal. Thus, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.

_____ C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

19-22347

cc: Hon. Ronald J. Israel, District Judge
Marvin Yarrell
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk